IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MATTHEW BOZEK,

                Plaintiff,                ORDER

  v.

                                         14-cv-897-jdp

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

                Defendant.

---

      The parties have filed a motion for remand under sentence four of Section 205(g) of the Social Security Act. The motion will be granted.

      On remand, the Appeals Council shall determine if a favorable decision can be issued under the current record. If the Appeals Council cannot make that determination, it will assign this case to an Administrative Law Judge for further development. The ALJ will consider the period at issue in the ALJ decision challenged by plaintiff in this district court action together with the period that was at issue in district court case number 3:12-cv-588 –wmc (W.D. Wis.) (remanded by the court on November 19, 2014). Plaintiff will be given the opportunity to present any additional evidence and argument. The ALJ will proceed through the five-step disability evaluation process, as appropriate, to reach a new decision.

ORDER

IT IS ORDERED that this case is REMANDED to the Commissioner for further action as outlined above.

April 29, 2015.

BY THE COURT:

/s/
JAMES D. PETERSON
District Judge