IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MATTHEW BOZEK,

        Plaintiff,           JUDGMENT IN A CIVIL CASE

    v.           Case No. 14-cv-897-jdp

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

    This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Matthew Bozek against defendant Carolyn W. Colvin remanding this case to the Commissioner of Social Security for further proceedings under sentence four of Section 205(g) of the Social Security Act.


_____s/ A. Wiseman, Deputy Clerk_____       _____4/30/2015_____
    Peter Oppeneer, Clerk of Court                       Date